| | |
|---|---|
| **From:** | admin@foiaonline.gov |
| **To:** | Kevin Schmidt |
| **Subject:** | FOIA Tracking Number Change for request DOC-OS-2019-001211 (to DOC-IOS-2019-001211) |
| **Date:** | Tuesday, May 07, 2019 3:44:51 PM |

The FOIA request DOC-OS-2019-001211 has had its Tracking Number changed to DOC-IOS-2019-001211. This is normally due to the request being transferred to another agency (for example, EPA to Dept. of Commerce) or to a sub-agency to process it. Additional details for this request are as follows:

- Old Tracking Number: DOC-OS-2019-001211
- New Tracking Number: DOC-IOS-2019-001211
- Requester Name: Mr. Kevin Schmidt
- Date Submitted: 05/07/2019
- Long Description: A copy of the Commerce Secretary's final report to the President regarding the Section 232 Investigation on the Effect of Imports of Uranium on the National Security. The DOD response letter to the Section @#@ Investigation on the effect of Imports of Uranium on the National Security.