**UNITED STATES DEPARTMENT OF COMMERCE**
Under Secretary for Industry and Security
Washington, D.C. 20230

MAY 1 6 2019

Mr. Kevin Schmidt
Director of Investigations
Cause of Action Institute
1875 Eye Street, Suite 800
Washington, DC 20006

Via electronic mail: kevin.schmidt@casueofaction.org

BIS Tracking Number: BIS 19-088

Re: Freedom of Information Act Request

Dear Mr. Schmidt:

This is in response to your April 15, 2019, Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of Commerce's Bureau of Industry and Security (BIS) for "a copy of the Commerce Secretary's final report to the President regarding the section 232 investigation on the effect of imports of uranium on the national security, and the DOD response letter to the Section 232 investigation on the effect of imports of uranium on the national security."

We intend to provide all non-exempt documents responsive to your request. Furthermore, please be advised that the report will be made publicly available via publication in the Federal Register, pursuant to 15 C.F.R. § 710(c), after the President's review is complete.

If you have any questions or concerns or would like to discuss any aspect of your request, you may contact the Bureau's FOIA Public Liaison:

> Grace Agyekum
> Bureau of Industry and Security
> Office of Planning, Evaluation and Management
> 1401 Constitution Ave. NW, Room 6622
> Washington, DC 20230
> Tel: (202) 482-7893
> email: grace.agyekum@bis.doc.gov

Please refer to your FOIA request tracking number when contacting us.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration



8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
e-mail at ogis@nara.gov;
telephone at 202-741-5770
toll free at 1-877-684-6448
facsimile at 202-741-5769

You have the right to appeal this decision of your FOIA request. An appeal must be received within 90 calendar days of the date of this response letter. Address your appeal to the following office:

Assistant General Counsel for Employment, Litigation and Information
U.S. Department of Commerce
Office of the General Counsel, Room 5896
1401 Constitution Ave., NW
Washington, D.C. 20230

You may also appeal by e-mail to FOIAAppeals@doc.gov or by FOIAonline, if you have an account in FOIAonline, at https://foiaonline.regulations.gov/foia/action/public/home#. The appeal should include a copy of the original request and initial denial, if any. All appeals should include a statement of the reasons why the requested records should be made available and why the adverse determination was in error.

The appeal letter, the envelope, and the e-mail subject line should be clearly marked "Freedom of Information Act Appeal." The e-mail, FOIAonline, and office mail are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box, FOIAonline, or the office after normal business hours will be deemed received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely.

Sincerely,

Fernandez Boards
Acting Chief Financial Officer and
  Director of Administration