| | |
|---|---|
| **From:** | James Valvo |
| **To:** | Grace Agyekum |
| **Cc:** | Kevin Schmidt |
| **Subject:** | RE: FOIA Request for BIS 19-088 |
| **Date:** | Friday, August 16, 2019 4:49:00 PM |
| **Attachments:** | image001.png |

Ms. Agyekum,

I have not heard back from you. Does Commerce intend to release the uranium report?

Thank you,
James

**From:** James Valvo
**Sent:** Wednesday, August 14, 2019 8:33 AM
**To:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

I still have not seen the uranium report that is responsive to our FOIA request. Will you please make that report available?

Thank you,
James

**From:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Sent:** Monday, July 15, 2019 2:19 PM
**To:** James Valvo <James.Valvo@causeofaction.org>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Hello Mr. Valvo:

The executive summary will be printed in the FR within the next 30 days and the full report will be on the BIS website. Please feel free to contact me after the next days if the report is still not found.

Thank you,

Grace

Grace Agyekum
Bureau of Industry and Security/DOC
Office of Planning, Evaluation & Management
CFO & DOA, Room 6521

1401 Constitution Avenue, N.W.
Washington, DC  20230
Telephone:  202-482-7893
Email: grace.agyekum@bis.doc.gov

---

**From:** James Valvo <James.Valvo@causeofaction.org>
**Sent:** Monday, July 15, 2019 11:25 AM
**To:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

I am emailing to follow up on Commerce's final determination on request BIS 19-088.  You previously informed Cause of Action Institute that you intended to produce the report and that it would be available "after the President's review is complete."

As you may know, on July 12, 2019, the White House issued a memorandum summarizing that it had completed its review of the effects of uranium imports on national security.  That memorandum is available on the White House's website here: https://www.whitehouse.gov/presidential-actions/memorandum-effect-uranium-imports-national-security-establishment-united-states-nuclear-fuel-working-group/

Although we do not recognize the delay between Commerce's May 16 final determination of our FOIA request and the President's review of the report as a valid basis to delay a FOIA request, that excuse for non-production is no longer present.  Accordingly, will Commerce now produce the report to us?

Thank you,

James Valvo | Counsel & Senior Policy Advisor
1875 Eye Street, NW, Suite 800
Washington, DC 20006
james.valvo@causeofaction.org
202-417-3576



Click here to subscribe to our emails!

Confidentiality:  The information contained in, and attached to, this communication may be confidential, and is intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.  Thank you.

---

**From:** James Valvo
**Sent:** Thursday, May 16, 2019 11:42 AM

**To:** Grace.Agyekum@bis.doc.gov
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

Thank you for providing a final determination on request BIS 19-088.  In the letter, the agency states that it "intend[s] to provide all non-exempt documents responsive to [the] request."  We interpret this as a grant of our request, subject to the proper application of statutory exemptions.

As you know, the FOIA statute provides that upon determining that an agency will grant a request, an agency "shall make the records *promptly available*[.]"  5 U.S.C. § 552(a)(3)(A) (emphasis added).  When does the Department of Commerce intend to produce the records responsive to this request to Cause of Action Institute?

Thank you,

James Valvo | Counsel & Senior Policy Advisor
1875 Eye Street, NW, Suite 800
Washington, DC 20006
james.valvo@causeofaction.org
202-417-3576



Click here to subscribe to our emails!

Confidentiality:  The information contained in, and attached to, this communication may be confidential, and is intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.  Thank you.

---

**From:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Sent:** Thursday, May 16, 2019 10:47 AM
**To:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** FOIA Request for BIS 19-088

Dear Mr. Schmidt:

Attached, please find a response letter to your request.  Feel free to contact me if you have any questions.

Thank you,

Grace Agyekum
FOIA Officer and Public Liaison

Bureau of Industry and Security (BIS) | OCFO&DOA
U.S. Department of Commerce
grace.agyekum@bis.doc.gov
202.482.7893