UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>　　　　Defendant. | Civ. A. No. 19-2698 (DLF) |

## **DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a three-week extension of its deadline to file its summary judgment motion and a corresponding extension of the remainder of the briefing schedule. Good cause exists to grant this motion.

Undersigned counsel has been working diligently with Defendant to prepare its summary judgment motion. Defendant is still conducting internal consultations regarding the motion and requires additional time to complete this process and ensure a comprehensive presentation of the record and issues for the Court's consideration.

Consequently, additional time is needed for the agency to finalize its summary judgment motion papers. Defendant respectfully requests that the briefing schedule be amended as follows:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendant's Summary Judgment Motion | February 14, 2020 | February 28, 2020 |
| Plaintiff's Opposition and Cross-Motion | March 16, 2020 | March 30, 2020 |
| Defendant's Opposition and Reply | April 6, 2020 | April 20, 2020 |

| | | |
|---|---|---|
| Plaintiff's Reply | April 27, 2020 | May 11, 2020 |

     Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of its summary judgment deadline. Plaintiff's counsel has advised the undersigned that Plaintiff consents to the extension requested herein.

Dated: February 12, 2020                    Respectfully submitted,

                                            TIMOTHY J. SHEA, D.C. Bar # 437437U
                                            United States Attorney for the District of Columbia

                                            DANIEL F. VAN HORN, D.C. Bar # 924092
                                            Chief, Civil Division

                            By:  */s/ John Moustakas*
                                 John Moustakas, D.C. Bar #442076
                                 Assistant United States Attorney
                                 555 Fourth Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 252-2518
                                 john.moustakas@usdoj.gov
                                 *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAUSE OF ACTION INSTITUTE,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF COMMERCE,

    Defendant.

Civ. A. No. 19-2698 (DLF)

## **(PROPOSED) ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, and the entire record herein, it is hereby

**ORDERED** that, for good cause shown, the Motion is GRANTED and the current Summary Judgment briefing schedule shall be amended as follows:

| Filing | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Defendant's Summary Judgment Motion | February 14, 2020 | February 28, 2020 |
| Plaintiff's Opposition and Cross-Motion | March 16, 2020 | March 30, 2020 |
| Defendant's Opposition and Reply | April 6, 2020 | April 20, 2020 |
| Plaintiff's Reply | April 27, 2020 | May 11, 2020 |

**SO ORDERED.**

**Date:** _____    _____
                                                                     **United States District Judge**