UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAUSE OF ACTION INSTITUTE,

      Plaintiff,

         v.                                  Civ. A. No. 19-2698 (DLF)

UNITED STATES DEPARTMENT OF
COMMERCE,

      Defendant.

## DEFENDANT'S CONSENT MOTION FOR TWO-DAY EXTENSION OF TIME

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a two-day extension of its deadline to file its summary judgment motion and a corresponding extension of the remainder of the briefing schedule.  Good cause exists to grant this motion.

Undersigned counsel has been working diligently with Defendant to prepare its summary judgment motion.  Despite an exertion of best efforts, counsel is unable to complete Defendant's submission in sufficient time to comply with the Court's current deadline as a result of several unexpected delays arising from technical obstacles encountered during remote work from home made necessary by personal circumstances. The determinative glitch that prevents timely completion of the submission occurred only last night, regrettably preventing counsel from proving the Plaintiff and the Court earlier notice.  Consequently, Defendant seeks a brief, two-day continuance up to and including March 3, 2020 to file its Motion for Summary Judgment.

Defendant requests this extension in good faith and not for the purpose of delay.  Plaintiff's counsel has been consulted and has provided Plaintiff's consent to the brief extension requested.

Defendant respectfully requests that the briefing schedule be amended as follows:

| Document to be Filed | Current Deadline | Proposed New Deadline |
|---|---|---|
| Defendant's Summary Judgment Motion | February 28, 2020 | March 3, 2020 |
| Plaintiff's Opposition and Cross-Motion | March 30, 2020 | April 1, 2020 |
| Defendant's Opposition and Reply | April 20, 2020 | April 22, 2020 |
| Plaintiff's Reply | May 11, 2020 | May 13, 2020 |

Dated: February 28, 2020             Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAUSE OF ACTION INSTITUTE,

      Plaintiff,

      v.                       Civ. A. No. 19-2698 (DLF)

UNITED STATES DEPARTMENT OF
COMMERCE,

      Defendant.

## (PROPOSED) ORDER

Upon consideration of Defendant's Consent Motion for Two-Day Extension of Time, and

the entire record herein, it is hereby

**ORDERED** that, for good cause shown, the Motion is GRANTED and the current

Summary Judgment briefing schedule shall be amended as follows:

| Document to be Filed | Current Deadline | Proposed New Deadline |
|---|---|---|
| Defendant's Summary Judgment Motion | February 28, 2020 | March 3, 2020 |
| Plaintiff's Opposition and Cross-Motion | March 30, 2020 | April 1, 2020 |
| Defendant's Opposition and Reply | April 20, 2020 | April 22, 2020 |
| Plaintiff's Reply | May 11, 2020 | May 13, 2020 |

**SO ORDERED.**

**Date:** _____      _____

                                  **United States District Judge**