UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civ. A. No. 19-2698 (DLF) |

## NOTICE OF *ERRATA*

Defendant, United States Department of Commerce, through counsel, respectfully submits this Notice of *Errata* to Defendant's Motion for Extension of Time, an earlier, draft version of which was inadvertently attached in the process of Defendant's electronic filing. The final version intended to be filed has been redesignated as Defendant's Corrected Motion for Extension of Time, further amended to reflect intervening events, and is attached hereto as an exhibit, with the request that it be lodged as the replacement to ECF No. 20.

Date: April 23, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
*Counsel for Defendant*