IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19-cv-2698 (DLF) |
| U.S. DEPARTMENT OF COMMERCE, | ) ) ) | |
| Defendant. | ) ) | |

## **PLAINTIFF'S CONSENT MOTION FOR ORDER TO RESET DEADLINES**

Plaintiff Cause of Action Institute ("CoA Institute") respectfully moves the Court for an order to reset briefing deadlines in this matter and, specifically, to clarify the deadline for Plaintiff's reply brief in support of its cross-motion for summary judgment. As required by Local Civil Rule 7(m), CoA Institute has conferred with Defendant Department of Commerce, which consents to the sought-after relief. In support of its motion, CoA Institute states the following:

1. On April 23, 2020, Defendant moved for an extension of time to file a reply in support of its motion for summary judgement and in opposition to CoA Institute's cross-motion. *See* ECF No. 21. CoA Institute opposed this request. *See* ECF No. 22.

2. The Court granted in part Defendant's motion and extended its deadline to May 23, 2020. *See* Minute Order (Apr. 23, 2020). The Court did not, however, update CoA Institute's filing deadline, which is still scheduled for May 15, 2020. *See* Minute Order (Mar. 4, 2020).

3. CoA Institute accordingly proposes that the Court reset the deadline for CoA Institute's reply brief to June 15, 2020, which is three weeks from the Monday following Defendant's deadline on Saturday, May 23, 2020.

A proposed order is attached.

Dated: April 29, 2020                               Respectfully submitted,

<u>/s/ Ryan P. Mulvey</u>
Ryan P. Mulvey
(D.C. Bar No. 1024362)
R. James Valvo, III
(D.C. Bar No. 1017390)

CAUSE OF ACTION INSTITUTE
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Tel: (571) 482-4182
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org

*Counsel for Plaintiff CoA Institute*