UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 19-2698 (DLF) |
| U.S. DEPARTMENT OF COMMERCE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 19, 2021, Minute Order, the parties hereby file this joint status report, and state the following:

1. The parties have been engaged in settlement negotiations with respect to the instant matter. Plaintiff has made settlement contingent upon the discretionary releases of the Secretary's Section 232 Reports that are the subjects of its lawsuits here and Civ. A. No. 19-778.

2. Consideration by the new administration of whether to release these records is still underway. Plaintiff has consented to an extension of time to accommodate that consideration.

3. Consequently, the parties respectfully request that the Court:

    a. vacate the tentatively scheduled April 27, 2021 hearing for oral argument on the parties' cross-motions for summary judgment;

    b. permit the parties to file a further joint status report by May 17, 2021, that will (i) report on the progress of the administration's review and the parties' settlement negotiations and (ii) indicate whether more time is needed; and

    c. tentatively set a new date for oral argument on the cross-motions for summary judgment, in such case that the parties cannot reach settlement or

mutually agree to continue settlement negotiations, for either June 3, 4 or 8, 2021 or another date thereafter that the Court's calendar can accommodate.

A proposed order is attached.

Dated: April 8, 2021

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
(D.C. Bar No. 1024362)
R. James Valvo, III
(D.C. Bar No. 1017390)

CAUSE OF ACTION INSTITUTE
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 19-2698 (DLF) |
| ) | |
| U.S. DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

Upon consideration of the parties' joint status report, and on the entire record, the Court hereby

**ORDERS** the April 27, 2021 hearing date for oral argument on the parties' cross-motions for summary judgment **VACATED;**

**FURTHER ORDERS** the parties to submit a joint status report by May 17, 2021, apprising the Court of the progress toward resolving the matter and proposing next steps if different from this Order; and,

**FURTHER ORDERS** that the parties shall appear before the Court, by means to be determined at a later date, for oral argument on the parties' cross-motions for summary judgment on the following date and time: _____.

Dated: _____        _____
                              Hon. Dabney L. Friedrich