UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>UNITED STATES DEPARTMENT OF<br>COMMERCE,<br><br>　　　　Defendant. | Civ. A. No. 19-2698 (DLF) |

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a 3-day extension of time until February 4, 2022 for its Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment (hereinafter "Opposition"). Undersigned counsel sought Plaintiff's consent by email at approximately 7:24 pm and continued working on the filing which has not yet been finalized or reviewed by Division leadership.

When undersigned counsel had not heard back from opposing counsel by 10:30 pm, he double-checked the docket and discovered that, in granting in modified form Defendant's request for an extension of time (14 in lieu of 45 days), a notification that no further extensions will be granted was included. Regrettably, counsel had not previously noticed that condition. Candidly, without a clear independent recollection – other than certainty that the marked inclusion of such a consequential condition went unnoticed – undersigned can only surmise that, moving too quickly

on or around January 17, 2022 when the order issued, he focused on the last entry rather than the penultimate one. [1]

For the reasons previously explained, counsel has been laboring to dig out from a significant backlog created when considerable time had to be exclusively dedicated to an October jury trial and the preparation for it. Counsel wishes to assure the Court that he attempted in earnest to complete the filing – with all of its many components – within the time allotted and by no means with the idea of seeking a further extension, even in the absence of knowledge of the court's "no-further" order. Defendant deserves counsel's capable representation and counsel wishes to creditably serve its interests without causing the unintended harm of leaving it effectively unprotected. Moreover, counsel wishes to insure that the work product the Court will receive shall be useful to the Court in resolving this important case.

With deep humility and profound professional embarrassment, counsel asks the Court's indulgence for an additional three days to permit the brief to be prepared and filed. Counsel apologizes for the inconvenience caused by the late recognition that the deadline was slipping and even more still for counsel's failure to appreciate the condition placed upon the Court's extension.

For all the foregoing reasons, Defendant respectfully requests that the Court extend the time for Defendant to file its Opposition until February 4, 2022 and the other deadlines accordingly.

---

[1]    Because motions to extend that contain warnings that "no further extensions shall be granted" are treated by way of special procedures with the Civil Division, counsel is confident he was unaware of the condition. Although the undersigned's schedule has been very challenging over the past months, counsel would have found a way to seek extensions of other deadlines to insure compliance with the Court's order had it not been missed.

Dated:  February 1, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _/s/ John Moustakas_____
John Moustakas, D.C. Bar #442076
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAUSE OF ACTION INSTITUTE,

      Plaintiff,

         v.

UNITED STATES DEPARTMENT OF
COMMERCE,

      Defendant.

Civ. A. No. 19-2698 (DLF)

**(PROPOSED ORDER)**

UPON CONSIDERATION OF Defendant's Motion for Extension of Time, and based upon the entire record herein, the motion is hereby **GRANTED.**  It is further **ORDERED** that the remaining briefing is reset in accordance with the schedule below:

| BRIEF | DATE |
|---|---|
| Defendant's Opposition and Cross-Motion | February 4, 2022 |
| Plaintiff's Reply and Opposition | March 4, 2022 |
| Defendant's Reply | April 4, 2022 |

      **SO ORDERED.**

**Dated:**  _____          _____

                                          **Hon. Dabney L. Friedrich**